IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Case No. 1:14-cv-2340-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHANNON E. BUSHMAN,
FEDERAL NATIONAL MORTGAGE
ASSOCIATION,
JPMORGAN CHASE & CO.,
METLIFE HOME LOANS LLC, and
FIRST HORIZON HOME LOAN
CORPORATION,

    Defendants.

## ORDER GRANTING JOINT MOTION TO DISMISS

Having read and considered the motion filed by the United States of America and Federal National Mortgage Association, and for good cause shown, the Court hereby GRANTS the motion and ORDERS that Federal National Mortgage Association is dismissed from this case with prejudice, with each party to bear its own costs and fees. This Order shall not be construed as impairing or otherwise impacting the United States' right to costs against Shannon E. Bushman, in accordance with the Court's Order at docket entry 34.

FURTHER, the Court further finds that there remains no case or controversy to be litigated; as a result, the Clerk is directed to vacate all future case deadlines and close this case.

Dated this 14th day of January, 2015

2

_____
JUDGE R. BROOKE JACKSON
UNITED STATES DISTRICT COURT JUDGE

Case 1:14-cv-02340-RBJ   Document 39   Filed 01/14/15   USDC Colorado   Page 2 of 2